SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>  Plaintiff,<br><br>  vs.<br><br>The D & C Lee Third Limited Partnership<br><br>  Defendants | Case No.: CIV.S 11-cv-03446-MCE-JFM<br><br>**Stipulation Granting Leave of Court to File an Amended Complaint; Order Thereon**<br>**[FRCP 15]** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, and Defendant (The D & C Lee Third Limited Partnership) by and through their respective attorney of record (Scott N. Johnson) hereby stipulate as follows:

1. The Plaintiff seeks leave of court to file an amended complaint which will remove Defendant, The D & C Lee Third Limited Partnership and replace this with Richard H. Arvin and Sharareh Arvin, who are the correct property owners of the subject business.

///

///

///

///

2. All factual and legal allegations relate back to the initial filing of the original complaint as per FRCP 15.

Dated: February 28, 2012         /s/Scott N. Johnson_____
                                 SCOTT N. JOHNSON
                                 Attorney for Plaintiff


Dated: February 29, 2012         /s/Michael McCabe_____
                                 Michael McCabe
                                 Attorney for Defendant,
                                 The D & C Lee Third Limited Partnership


    IT IS SO ORDERED.  Plaintiff is directed to file the amended complaint identified above not later than twenty (20) days after this order is filed.

Dated:  March 14, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE