SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff;<br><br>    vs.<br><br>D & C Lee Third Limited Partnership,<br><br>        Defendants. | Case No. **2:11-cv-03446-MCE-JFM**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

In accordance with the parties' stipulation, the above-entitled action be and is dismissed, with prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A), each side to bear its own costs and/or attorneys' fees. The Clerk of Court is directed to close this file.

IT IS SO ORDERED.

DATED: March 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

CIV: S-11-03446-MCE-JFM- 1